AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-SENIOR | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | �altgray�use (architect's salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HULL, FRANK M.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, NA | Mortgage loan secured by GP real estate (Section VII, line 201) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | K | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6. -CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7. -ML Bank Deposit Program (Cash Acct) | A | Interest | J | T | | | | | |
| 8. -Preferred Deposit (Cash Acct) | A | Interest | K | T | | | | | |
| 9. -Whitney Bank Gulfport (CD) | A | Interest | | | Redeemed | 04/20/17 | L | | |
| 10. -BMO Harris Bank (CD) | B | Interest | M | T | | | | | |
| 11. -Ally Bank (CD) | B | Interest | M | T | | | | | |
| 12. -Capital One Bank USA NA (CD) | A | Interest | L | T | Buy | 5/12/17 | L | | |
| 13. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 14. -Bank of America (Cash Acct) | A | Interest | J | T | | | | | |
| 15. -ZB NA (CD) | | | K | T | Buy | 12/19/17 | K | | |
| 16. -MUTUAL FUNDS (H): | | | | | | | | | |
| 17. -Altegris Managed Futures (MFTIX) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -AQR Diversified (ADAIX) | A | Int./Div. | J | T | | | | | |
| 19. -Arbitrage Funds (ARBNX) | A | Int./Div. | J | T | | | | | |
| 20. -Blackrock Global (BGCIX) | A | Int./Div. | J | T | | | | | |
| 21. -Driehaus Emerging Mkts (DRESX) | | None | J | T | | | | | |
| 22. -Driehaus Active Income Fund (LCMAX) | A | Int./Div. | J | T | | | | | |
| 23. -First Eagle Gold Mutual Fund | | None | K | T | | | | | |
| 24. -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 25. -JP Morgan Strategic (JSOSX) | A | Int./Div. | J | T | | | | | |
| 26. -Marketfield Fund (MFLDX) | | None | J | T | | | | | |
| 27. -Neuberger Berman Long (NLSIX) | | None | J | T | | | | | |
| 28. -Pimco All Asset (PAUPX) | A | Int./Div. | J | T | | | | | |
| 29. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 30. -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 31. -Wells Fargo Adv Absolute (WABIX) | A | Int./Div. | J | T | | | | | |
| 32. -STOCKS (H): | | | | | | | | | |
| 33. -Adobe (ADBE) | | None | J | T | Sold (part) | 8/23/17 | J | A | |
| 34. -Advansix (ASIX) | | None | | | Sold | 04/10/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Affiliated Managers Grp (AMG) | A | Dividend | J | T | | | | | |
| 36.  -Alphabet (GOOG) | | None | J | T | | | | | |
| 37.  -Alphabet (GOOGL) | | None | J | T | Buy (add'l) | 4/10/17 | J | | |
| 38.  -Amazon.com (AMZN) | | None | J | T | Sold (part) | 8/23/17 | J | C | |
| 39.  -Anadarko Pete Corp (APC) | A | Dividend | J | T | | | | | |
| 40.  -Apple Inc (AAPL) | A | Dividend | J | T | Sold (part) | 8/23/17 | J | A | |
| 41.  -Autozone (AZO) | | None | J | T | | | | | |
| 42.  -Boeing Co (BA) | A | Dividend | | | Sold | 4/10/17 | J | B | |
| 43.  -Broadcom Ltd (AVGO) | A | Dividend | J | T | Sold (part) | 8/23/17 | J | D | |
| 44.  -Caterpillar Inc (CAT) | A | Dividend | | | Sold | 4/10/17 | J | A | |
| 45.  -Celgene Corp (CELG) | | None | J | T | | | | | |
| 46.  -Costco Wholesale (COST) | A | Dividend | J | T | | | | | |
| 47.  -Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 48.  -Dicks Sporting Goods (DKS) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 49.  -Dover (DOV) | A | Dividend | J | T | | | | | |
| 50.  -Express Scripts (ESRX) | | None | | | Sold | 04/10/17 | J | A | |
| 51.  -Facebook (FB) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FedEx Corp (FDX) | A | Dividend | J | T | Sold (part) | 08/23/17 | J | A | |
| 53. -Genl Dynamics Corp (GD) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 54. -Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 55. -Lyondellbasell Industries (LYB) | | | | | Buy | 04/10/17 | J | | |
| 56. -Lyondellbasell Industries (LYB) | A | Dividend | | | Sold | 08/23/17 | J | A | |
| 57. -Monsanto Co (MON) | A | Dividend | | | Sold | 04/10/17 | J | A | |
| 58. -Mylan (MYL) | | None | | | Sold | 04/10/17 | J | A | |
| 59. -Pioneer Natural Res (PXD) | A | Dividend | J | T | | | | | |
| 60. -Salesforce.com (CRM) | | None | J | T | Buy (add'l) | 04/10/17 | J | | |
| 61. -Shire PLC-ADR (SHPG) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 62. -Stericycle Inc (SRCL) | | None | | | Sold | 04/10/17 | J | A | |
| 63. -Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Sold (part) | 08/23/17 | J | A | |
| 64. -TJX COS Inc New (TJX) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 65. -Twitter (TWTR) | | None | | | Sold | 04/10/17 | J | A | |
| 66. -Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 67. -Zimmer Biomet Holdings (ZBH) | A | Dividend | J | T | Buy | 04/10/17 | J | | |
| 68. -Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 70. CDs/CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 71. -ML Bank Deposit Program (Cash Account) | A | Interest | K | T | | | | | |
| 72. -Preferred Deposit (Cash Account) | A | Interest | J | T | | | | | |
| 73. -Bank Hapoalim (CD) | | None | K | T | Buy | 09/06/17 | K | | |
| 74. -BMW BK NA (CD) | A | Interest | L | T | Buy | 08/18/17 | K | | |
| 75. -BMW BK NA (CD) | | None | M | T | Buy | 09/05/17 | M | | |
| 76. -Discover Bank (CD) | B | Interest | | | Redeemed | 08/29/17 | L | | |
| 77. -Sallie Mae Bank (CD) | B | Interest | | | Redeemed | 08/15/17 | L | | |
| 78. -Sallie Mae Bank (CD) | | None | M | T | Buy | 12/13/17 | M | | |
| 79. -US Trsy Inflation Note | B | Interest | M | T | | | | | |
| 80. -Goldman Sachs Bk (CD) (082817) | B | Interest | | | Redeemed | 08/28/17 | M | | |
| 81. -Goldman Sachs Bk (CD) (090517) | A | Interest | | | Redeemed | 09/05/17 | K | | |
| 82. -Goldman Sachs Bk (CD) (092617) | B | Interest | | | Redeemed | 09/26/17 | M | | |
| 83. -Goldman Sachs Bk (CD) (101717) | A | Interest | | | Redeemed | 10/17/17 | K | | |
| 84. -Wells Fargo Bk (CD) | C | Int./Div. | M | T | | | | | |
| 85. -STOCKS (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ABBVIE Inc (ABBV) | A | Int./Div. | J | T | | | | | |
| 87. -Anheuser-Busch (BUD) | | None | | | Sold | 04/04/17 | J | A | |
| 88. -AMN Elec Power Co (AEP) | A | Int./Div. | J | T | | | | | |
| 89. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 90. -Astrazeneca Plc (AZN) | A | Int./Div. | J | T | | | | | |
| 91. -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 92. -Automatic Data Proc (ADP) | A | Int./Div. | K | T | | | | | |
| 93. -Biogen (BIIB) | | None | L | T | | | | | |
| 94. -Bioverativ Inc (BIVV) | | | | | Spinoff (from line 93) | 02/07/17 | J | | |
| 95. | | None | | | Sold | 04/04/17 | J | A | |
| 96. -California Resources (CRC) | | None | | | Sold | 04/04/17 | J | A | |
| 97. -CenturyLink Inc (CTL) | A | Int./Div. | J | T | | | | | |
| 98. -Coca-Cola Co (KO) | A | Int./Div. | K | T | | | | | |
| 99. -Digital Realty (DLR) | A | Int./Div. | K | T | | | | | |
| 100. -Dominion Res Inc (D) | A | Int./Div. | J | T | | | | | |
| 101. -DowDuPont Inc (DWDP) | A | Int./Div. | J | T | Spinoff (from line 102) | 09/01/17 | J | | |
| 102. -Du Pont E I De Nemours (DD) | A | Int./Div. | | | Closed | 09/01/17 | J | | Div. paid prior to exch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 103. -Eli Lilly & Co (LLY) | A | Int./Div. | | | Sold | 04/04/17 | K | A | |
| 104. -Enbridge Inc (ENB) | A | Int./Div. | J | T | Spinoff (from line 121) | 02/28/17 | J | | |
| 105. -General Electric (GE) | A | Int./Div. | J | T | | | | | |
| 106. -Hess Corp (HES) | A | Int./Div. | J | T | | | | | |
| 107. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 108. -JP Morgan Chase (JPM) | A | Int./Div. | K | T | | | | | |
| 109. -Kimberly Clark (KMB) | A | Int./Div. | J | T | | | | | |
| 110. -Kraft Heinz Co (KHC) | A | Int./Div. | J | T | | | | | |
| 111. -Lockheed Martin Corp (LMT) | A | Int./Div. | K | T | | | | | |
| 112. -McDonalds Corp (MCD) | A | Int./Div. | K | T | | | | | |
| 113. -Merck and Co (MRK) | A | Int./Div. | J | T | | | | | |
| 114. -National Oilwell Varco (NOV) | A | Int./Div. | | | Sold | 04/04/17 | J | A | |
| 115. -Nextera Energy (NEE) | A | Int./Div. | K | T | | | | | |
| 116. -Occidental Pete Corp (OXY) | A | Int./Div. | J | T | | | | | |
| 117. -Paccar Inc (PCAR) | A | Int./Div. | K | T | | | | | |
| 118. -PPL Corp (PPL) | A | Int./Div. | J | T | | | | | |
| 119. -Procter & Gamble Co (PG) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 121. -Spectra Energy Corp (SE) | A | Int./Div. | | | Closed | 02/28/17 | J | | Div. paid prior to exch |
| 122. -Thomson Reuters Corp (TRI) | A | Int./Div. | J | T | | | | | |
| 123. -Toronto Dominion Bank (TD) | A | Int./Div. | J | T | | | | | |
| 124. -Ventas Inc (VTR) | A | Int./Div. | J | T | | | | | |
| 125. -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 126. MERRILL LYNCH-IRA ACCT (with following holdings) (H): | | | | | | | | | |
| 127. -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |
| 128. -Bank of America (Cash Acct) | A | Interest | L | T | | | | | |
| 129. -CD Discover Bank | A | Interest | | | Redeemed | 06/27/17 | K | A | |
| 130. -CD American Express Centurion | C | Interest | | | Redeemed | 08/02/17 | M | A | |
| 131. -CD Goldman Sachs Bank | B | Interest | | | Redeemed | 08/28/17 | M | A | |
| 132. -US Trsy Inflation Note | A | Interest | L | T | | | | | |
| 133. -GNM | A | Int./Div. | J | T | | | | | |
| 134. -CD Ally Bank | B | Int./Div. | M | T | Buy | 04/10/17 | M | | |
| 135. -CD Capital One BK | B | Int./Div. | M | T | Buy | 04/10/17 | M | | |
| 136. -CD SAFRA Nat'l | | None | M | T | Buy | 08/23/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -CD Discover Bank | | None | M | T | Buy | 09/07/17 | M | | |
| 138. -CD Discover Bank | | None | M | T | Buy | 12/20/17 | L | | |
| 139. -CD Sallie Mae Bk | | None | M | T | Buy | 12/20/17 | M | | |
| 140. -CORP BONDS (H): | | | | | | | | | |
| 141. -Amgen | A | Int./Div. | | | Redeemed | 05/15/17 | J | A | |
| 142. -Astrazeneca | B | Int./Div. | | | Redeemed | 09/15/17 | K | A | |
| 143. -Berkshire Hathaway Fin | B | Int./Div. | K | T | | | | | |
| 144. -Gen Elec Cap Crp | A | Int./Div. | | | Redeemed | 02/15/17 | K | A | |
| 145. -Oracle Corp | B | Int./Div. | K | T | | | | | |
| 146. -Pioneer Natural Resource | A | Int./Div. | | | Redeemed | 03/15/17 | K | A | |
| 147. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 148. -Calamos Market Neutral Fund (CMNIX) | C | Int./Div. | M | T | | | | | |
| 149. -iShares MSCI CDA Index Fund (EWC) | A | Int./Div. | K | T | | | | | |
| 150. -iShares MSCI Germany Index Fund (EWG) | A | Int./Div. | K | T | | | | | |
| 151. -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Int./Div. | M | T | | | | | |
| 152. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Int./Div. | M | T | | | | | |
| 153. -iShares NASDAQ BioTech Index Fund (IBB) | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -iShares MSCI EAFE Index Fund (EFA) | C | Int./Div. | M | T | | | | | |
| 155. -iShares S&P Global Infrastr (IGF) | B | Int./Div. | K | T | | | | | |
| 156. -SPDR DJ Global Titans (DGT) | A | Int./Div. | K | T | | | | | |
| 157. -VanGuard Information Tech ETF (VGT) | A | Int./Div. | K | T | | | | | |
| 158. -VanGuard MSCI Emerging Mrkts ETF (VWO) | B | Int./Div. | K | T | | | | | |
| 159. -STOCKS (H): | | | | | | | | | |
| 160. -Abbott Labs (ABT) | A | Dividend | K | T | Spinoff (from line 191) | 01/05/17 | K | | |
| 161. -Advansix Inc (ASIX) | | None | J | T | | | | | |
| 162. -American Wtr Wks Co (AWK) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | L | E | |
| 163. -Automatic Data Proc (ADP) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | L | E | |
| 164. -Baker Hughes (BHI) | C | Int./Div. | | | Closed | 07/10/17 | J | | Div. paid prior to exch |
| 165. -Baker Hughes (BHGE) | A | Int./Div. | J | T | Spinoff (from line 164) | 07/10/17 | J | | |
| 166. -Blackrock (BLK) | A | Int./Div. | K | T | | | | | |
| 167. -Caterpillar Inc (CAT) | A | Int./Div. | | | Sold | 04/10/17 | K | C | |
| 168. -Chubb Ltd (CB) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | K | D | |
| 169. -CitiGroup Inc (C) | A | Int./Div. | L | T | | | | | |
| 170. -Comcast Corp (CMCSA) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   -Costco Wholesale (COST) | B | Int./Div. | K | T | | | | | |
| 172.   -CVS Health Corp (CVS) | B | Int./Div. | L | T | | | | | |
| 173.   -Danaher Corp (DHR) | A | Int./Div. | K | T | | | | | |
| 174.   -Devon Energy Corp (DVN) | A | Int./Div. | K | T | | | | | |
| 175.   -Diageo Plc Spsd (DEO) | B | Int./Div. | L | T | | | | | |
| 176.   -Dominion Res Inc (D) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | K | C | |
| 177.   -Ecolab Inc (ECL) | A | Int./Div. | K | T | | | | | |
| 178.   -Emerson Elec (EMR) | A | Int./Div. | K | T | | | | | |
| 179.   -Enbridge Inc (ENB) | B | Int./Div. | K | T | | | | | |
| 180.   -FedEx Corp Delaware (FDX) | A | Int./Div. | L | T | Buy (add'l) | 04/10/17 | J | | |
| 181.   -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 182.   -Honeywell Intl (HON) | B | Int./Div. | M | T | | | | | |
| 183.   -Johnson and Johnson (JNJ) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | J | D | |
| 184.   -Lockheed Martin Corp (LMT) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | K | D | |
| 185.   -McDonalds Corp (MCD) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | K | D | |
| 186.   -Microsoft Corp (MSFT) | A | Int./Div. | K | T | | | | | |
| 187.   -Nike Inc (NKE) | A | Int./Div. | | | Sold | 04/10/17 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Oracle Corp (ORCL) | B | Int./Div. | L | T | Sold (part) | 08/23/17 | K | D | |
| 189. -Price T Rowe Group (TROW) | A | Int./Div. | K | T | | | | | |
| 190. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 191. -St Jude Medical Inc (STJ) | | None | | | Sold (part) | 01/05/17 | K | E | exchanged for Abbott |
| 192. -Texas Inst (TXN) | A | Int./Div. | L | T | Buy | 04/10/17 | K | | |
| 193. -Thermo Fisher Scientific (TMO) | A | Int./Div. | L | T | | | | | |
| 194. -Tiffany & Co (TIF) | A | Int./Div. | K | T | | | | | |
| 195. -Union Pacific Corp (UNP) | B | Int./Div. | L | T | Buy (add'l) | 04/10/17 | J | | |
| 196. -Verizon (VZ) | C | Int./Div. | L | T | | | | | |
| 197. -VISA (V) | A | Int./Div. | L | T | | | | | |
| 198. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 199. Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | A | Int./Div. | K | W | | | | | |
| 200. Real Estate: Atlanta, GA (KP) | E | Rent | M | W | Buy (add'l) | 11/30/17 | K | | Richard Aeck |
| 201. Real Estate: Atlanta, GA (50% GP) ($264,350) | | None | N | T | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FROM PART VII. Investments and Trusts:

Line # 9 from 2016 report, ISA Capital One Bank was fully redeemed by end of year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544